PROB 12A
(7/93)

UNITED STATES DISTRICT COURT
for
<u>Western District of Texas</u>

**Report on Offender Under Supervision**

Name of Offender: <u>Samuel Philip Adams</u>                    Case Number: <u>A-14-CR-100(01)LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>June 6, 2014</u>

Original Offense: <u>Count 1: Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(5)(B) and (b)(2)</u>

Original Sentence: <u>60 months' custody, followed by 12 years of supervised release</u>

Type of Supervision: <u>Supervised Release</u>                    Date Supervision Commenced: <u>June 15, 2018</u>

**PREVIOUS COURT ACTION**

On October 30, 2020, a Request for Modifying the Conditions or Term of Supervision (12B) was filed to add computer monitoring and internet restrictions.

**NONCOMPLIANCE SUMMARY**

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Noncompliance:** On December 9, 2022, Samuel Philip Adams was administered a random drug test which tested positive for cannabinoids. Adams admitted to said usage.

**U.S. Probation Officer Action:** Adams reported to ingesting cannabidiol (CBD) gummies for approximately 2-3 weeks prior to his random drug test. He further admitted he had a lapse in judgement and was able to identify the thinking errors he made at the time. As a controlling strategy, Adams was verbally reprimanded for his non-compliance and was informed he will be subject to increased drug testing. Additionally, Adams will be addressing this violation in his group counseling sessions. It is respectfully recommended no action be taken at this time. Should Adams incur any further violations, the Court will be notified immediately.

Samuel Philip Adams
Report on Offender Under Supervision
Page 2

Respectfully submitted,

_____
Hector J. Garcia
Supervising U.S. Probation Officer
Date: January 5, 2023

_____
Daniel Reyes
Sr. U.S. Probation Officer

**THE COURT ORDERS:**

[✓] No Action
[ ] The Extension of Supervision as Noted Above.
[ ] The Modification of Conditions as Noted Above.
[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: ___January 5, 2023_____