PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Samuel Philip Adams</u>        Case Number: <u>A-14-CR-100(01) LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>June 6, 2014</u>

Original Offense: <u>Count 1: Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(5)(B) and (b)(2)</u>

Original Sentence: <u>60 months' custody, followed by 12 years of supervised release</u>

Type of Supervision: <u>Supervised Release</u>        Date Supervision Commenced: <u>June 15, 2018</u>

### PREVIOUS COURT ACTION

On October 30, 2020, a Request for Modifying the Conditions or Term of Supervision (12B) was filed to add computer monitoring and internet restrictions.

On January 5, 2023, a Report on Offender Under Supervision (12A) was filed as the Court was notified of Samuel Adams' recently submitted drug test which tested positive for cannabinoids. The Court was notified of the controlling and correctional strategies utilized and no action was recommended.

### NONCOMPLIANCE SUMMARY

**<u>Violation of Standard Condition No. 7:</u>** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**<u>Nature of Noncompliance:</u>** On February 7, 2023, Adams was administered a random drug test which tested positive for cannabinoids. On February 14, 2023, Adams was administered a follow up drug test which tested positive cannabinoids which was considered to be residual use.

**<u>U.S. Probation Officer Action</u>:** As a result of Adams' positive drug tests, controlling and correctional strategies were utilized. An administrative hearing was held in which Adams was confronted about his positive results. He admitted to regularly using electronic cigarettes, however he claims that they do not contain any cannabinoids. He further denied knowingly using cannabinoids.

Samuel Philip Adams
Report on Offender Under Supervision
Page 2

It is respectfully recommended no action be taken at this time, as Adams will continue to be subject to increased drug testing and will be monitored closely. Additionally, Adams advised he will cease use of any electronic cigarettes and will further explore his violations in his treatment counseling sessions. Should Adams incur any further violations, the Court will be notified immediately.

Respectfully submitted,

_____   _____
Hector J. Garcia              Daniel Reyes
Supervising U.S. Probation Officer   Sr. U.S. Probation Officer
Date: <u>February 21, 2023</u>

---

**THE COURT ORDERS:**

[✓] No Action
[ ] The Extension of Supervision as Noted Above.
[ ] The Modification of Conditions as Noted Above.
[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  <u>February 21, 2023</u>